# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ANTHONY WHITE**                                                                                                 **PLAINTIFF**

**V.**                                                             **NO. 3:14-CV-00158-DMB-SAA**

**SEARS, ROEBUCK AND CO.;**
**SEARS LOGISTICS SERVICES, INC.;**
**and INNOVEL SOLUTIONS, INC.**                                           **DEFENDANTS**

### CONSOLIDATED WITH

**HARTFORD CASUALTY INSURANCE COMPANY**                               **PLAINTIFF**

**V.**                                                           **NO. 3:16-CV-00016-DMB-SAA**

**SEARS, ROEBUCK AND CO.;**
**SEARS LOGISTICS SERVICES, INC.;**
**and INNOVEL SOLUTIONS, INC.**                                             **DEFENDANTS**

## ORDER GRANTING MOTION TO SEAL

On March 28, 2016, Defendants filed a motion to seal. Doc. #113.[1] In their motion, Defendants represent that the parties have reached a settlement in this matter, that the settlement includes a confidentiality provision which is material to the agreement, and that "[d]ue to a workers' compensation lien, Plaintiff [Anthony White] will be filing a Petition for Approval of Third Party Settlement, pursuant to applicable workers' compensation law, and submitting a proposed Order Approving Third Party Settlement." *Id*. at ¶¶ 1–3. The motion asks that these documents be placed under seal and represents that such relief is unopposed. *Id*. at 1–2.

---

[1] Record cites refer to docket entries in civil action 3:14-cv-158, the lead case in this consolidated matter. The motion to seal is docket entry #4 in civil action 3:16-cv-16, the member case.

Upon consideration, the unopposed motion to seal [113][2] is **GRANTED**. *See Seals v. Herzing Inc.-New Orleans*, 482 F. App'x 893, 896 (5th Cir. 2012) ("In light of the parties' agreement to maintain confidentiality, the express statement that confidentiality was a material inducement for Herzing to settle, the fact that public policy favors voluntary settlements, and the limitation of the district court's order to these three exhibits, we conclude that the district court did not abuse its discretion in ordering these exhibits sealed.") (internal quotation marks and footnote omitted). Upon receipt, the Clerk shall place under seal the Petition for Approval of Third party settlement and any related orders.

**SO ORDERED**, this 4th day of April, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[2] The motion to seal in the member case is also granted.