**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **ANTHONY WHITE** | **PLAINTIFF** |
| **V.** | **NO. 3:14-CV-00158-DMB-SAA** |
| **SEARS, ROEBUCK AND CO.;** <br> **SEARS LOGISTICS SERVICES, INC.;** <br> **and INNOVEL SOLUTIONS, INC.** | **DEFENDANTS** |

CONSOLIDATED WITH

| | |
|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY** | **PLAINTIFF** |
| **V.** | **NO. 3:16-CV-00016-DMB-SAA** |
| **SEARS, ROEBUCK AND CO.;** <br> **SEARS LOGISTICS SERVICES, INC.;** <br> **and INNOVEL SOLUTIONS, INC.** | **DEFENDANTS** |

**ORDER**

On June 2, 2016, the parties in the above consolidated cases filed a "Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)" stipulating to the dismissal of the consolidated actions "with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear his/its own attorneys' fees, expenses and costs." Doc. #117.[1] Accordingly, the Clerk of Court is **DIRECTED** to close these consolidated cases on the Court's docket.

**SO ORDERED**, this 2nd day of June, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Record cites refer to docket entries in civil action 3:14-cv-158, the lead case in this consolidated matter. The stipulation of dismissal is docket entry #8 in civil action 3:16-cv-16, the member case.